# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

| | |
|---|---|
| United States of America<br>v.<br>Rigoberto Escobedo<br>Anthony Galan<br><br>*Defendant(s)* | )<br>)<br>) Case No.<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __August 18, 2022__ in the county of __Webb__ in the __Southern__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18 U.S.C., Section 933(a)(1) and (a)(3) | Attempt and conspire to ship, transport, transfer, cause to be transported, and otherwise dispose of a firearm to another person in and otherwise affecting interstate and foreign commerce, knowing and having reasonable belief that the use, carrying, and possession of the firearm by the recipient would constitute a felony (as defined in Title 18, U.S.C. section 932(a)). |

This criminal complaint is based on these facts:
See Attached Sheet.

☑ Continued on the attached sheet.

/s/ Shaun Insley
*Complainant's signature*

Shaun Insley, ATF Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 08/22/2022

*Judge's signature*

City and state: Laredo, Texas

Christopher dos Santos, U.S. Magistrate Judge
*Printed name and title*

# ATTACHMENT A

On August 18, 2022, the Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF) Laredo Field Office conducted an operation involving Rigoberto ESCOBEDO. ATF received information that ESCOBEDO, a previously convicted felon, had firearms that he wanted to sell.

On August 17, 2022, ESCOBEDO made contact via phone with an ATF Confidential Informant (CI) stating that he had AK-type firearms and AR-type firearms to sell. During the conversation, the CI told ESCOBEDO the firearms were for going to be smuggled into Mexico. ESCOBEDO stated he had multiple firearms to sell the CI, including AR-type firearms, AK-type firearms, and .50 caliber rifles.

On August 18, 2022, ESCOBEDO offered to sell the CI an AR-rifle for $2,500 US Dollars and sent a picture of the firearm to the CI. ESCOBEDO agreed to meet the CI at the 4500 block of Jaime Zapata Memorial Highway in Laredo, TX. ESCOBEDO arrived at the meeting location in the passenger seat of a grey Acura sedan.

ATF Special Agents from the Laredo Field Office detained ESCOBEDO and the driver of the Acura Sedan, Anthony GALAN. A pat down of ESCOBEDO revealed that he had a large clear plastic bag containing approximately 200 circular orange pills individually wrapped in smaller plastic baggies in his pants pocket.

A pat down of GALAN revealed he had an unlabeled prescription bottle containing approximately 12 circular orange pills that were similar in appearance to the pills found on ESCOBEDO. GALAN also had a "Firearm Bill of Sale" for a Ruger, 5.56 caliber firearm with serial number 854-73170 for $800 with the buyer listed as GALAN in his pants pocket. The bill of sale indicated the firearm was purchased on August 18, 2022. ATF Special Agents also located a one-dollar bill folded in a way that it could contain a white powdery substance in GALAN's wallet.

ATF Agents located a Ruger, model AR-556, 5.56mm rifle with serial number 854-73170 inside the trunk of the Acura. The firearm appeared to match the firearm in the photo ESCOBEDO sent to CI earlier.