# STATEMENT IN
# SUPPORT OF PROBABLE CAUSE

IN RE: Rigoberto ESCOBEDO & Anthony GALAN

I, Shaun Insley, declare and state as follows:

On August 18, 2022, the Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF) Laredo Field Office conducted an operation involving Rigoberto ESCOBEDO. ATF received information that ESCOBEDO, a previously convicted felon, had firearms that he wanted to sell.

On August 17, 2022, ESCOBEDO made contact via phone with an ATF Confidential Informant (CI) stating that he had AK-type firearms and AR-type firearms to sell. During the conversation, the CI told ESCOBEDO the firearms were for going to be smuggled into Mexico. ESCOBEDO stated he had multiple firearms to sell the CI, including AR-type firearms, AK-type firearms, and CI .50 caliber rifles.

On August 18, 2022, ESCOBEDO offered to sell the CI an AR-rifle for $2,500 US Dollars and sent a picture of the firearm to the CI. ESCOBEDO agreed to meet the CI at the 4500 block of Jaime Zapata Memorial Highway in Laredo, TX. ESCOBEDO arrived at the meeting location in the passenger seat of a grey Acura sedan.

ATF Special Agents from the Laredo Field Office detained ESCOBEDO and the driver of the Acura Sedan, Anthony GALAN. A pat down of ESCOBEDO revealed that he had a large clear plastic bag containing approximately 200 circular orange pills individually wrapped in smaller plastic baggies in his pants pocket.

A pat down of GALAN revealed he had an unlabeled prescription bottle containing approximately 12 circular orange pills that were similar in appearance to the pills found on ESCOBEDO. GALAN also had a "Firearm Bill of Sale" for a Ruger, 5.56 caliber firearm with serial number 854-73170 for $800 with the buyer listed as GALAN in his pants pocket. The bill of sale indicated the firearm was purchased on August 18, 2022. ATF Special Agents also located a one-dollar bill folded in a way that it could contain a white powdery substance in GALAN's wallet.

ATF Agents located a Ruger, model AR-556, 5.56mm rifle with serial number 854-73170 inside the trunk of the Acura. The firearm appeared to match the firearm in the photo ESCOBEDO sent to CI earlier.

I declare (certify, verify, or state) under penalty of perjury that the forgoing is true and correct. Executed on the __19_____ day of __August_____, 2022.

_____
Shaun Insley, ATF Special Agent

Having reviewed the foregoing declaration, I find probable cause that the defendant(s) named above committed an offense against the laws of the United States and may therefore be further detained pending presentment before a judicial officer.

Executed on the _____ day of _____, 20_____.


_____
UNITED STATES MAGISTRATE JUDGE