United States Courts
Southern District of Texas
FILED

*September 07, 2022*

Nathan Ochsner, Clerk of Court

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**LAREDO DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **v.** | § | **CRIMINAL NO.** **L-22-CR-1121** |
| | § | |
| **RIGOBERTO ESCOBEDO** | § | |
| **AKA: RIGOBERTO JAVIER ESCOBEDO** | § | **MGM** |

## INDICTMENT

**THE GRAND JURY CHARGES THAT:**

### COUNT ONE

On or about **August 18, 2022,** in the Southern District of Texas and elsewhere and within the jurisdiction of the Court, Defendant,

**RIGOBERTO ESCOBEDO**
**AKA: RIGOBERTO JAVIER ESCOBEDO,**

did knowingly attempt to ship, transport, transfer, cause to be transported, and otherwise dispose of one and more firearms and conspire and agree with persons known and unknown to the grand jurors to ship, transport, transfer, cause to be transported, and otherwise dispose of one and more firearms, including but not limited to, a semi-automatic rifle in 5.56 millimeter and .223 caliber to another person, in and affecting interstate and foreign commerce, knowing and having reasonable cause to believe that the use, carrying, and possession of a firearm by the recipient would constitute a felony (as defined in section 932(a)).

In violation of Title 18, United States Code, Sections 933(a)(1), (a)(3), and (b).

### COUNT TWO

On or about **August 18, 2022,** in the Southern District of Texas and elsewhere and within the jurisdiction of the Court, Defendant,

**RIGOBERTO ESCOBEDO**
**AKA: RIGOBERTO JAVIER ESCOBEDO,**

did fraudulently and knowingly export and send, and attempt to export and send from the United States to the United Mexican States, merchandise, articles, and objects, that is, a semi-automatic rifle in 5.56 millimeter and .223 caliber, contrary to the laws and regulations of the United States, to wit: Title 50, United States Code, Section 4819(a)(2) and (b) and Title 15, Code of Federal Regulations Section 730, et. seq., and did receive, conceal, buy, sell, and in any manner facilitated the transportation, concealment, and sale of said merchandise, articles, and objects, prior to exportation, knowing the same to be intended for exportation contrary to said laws and regulations of the United States.

In violation of Title 18, United States Code, Sections 554 and 2.

### COUNT THREE

On or about **August 18, 2022**, in the Southern District of Texas and within the jurisdiction of the Court, Defendant,

**RIGOBERTO ESCOBEDO**
**AKA: RIGOBERTO JAVIER ESCOBEDO,**

knowing that he had been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm, to wit, a Ruger, Model: AR556, semi-automatic rifle in 5.56 millimeter, and the firearm was in affecting interstate and foreign commerce.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

### COUNT  FOUR

On or about **April 29, 2022**, in the Southern District of Texas and within the jurisdiction of the Court, Defendant,

**RIGOBERTO ESCOBEDO**
**AKA: RIGOBERTO JAVIER ESCOBEDO,**

did knowingly possess with intent to distribute a controlled substance. This violation involved a quantity of 40 grams and more of a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide and 10 grams and more of a mixture and and substance containing a detectable amount of any analogue of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(B) and Title 18, United States Code, Section 2.

### COUNT FIVE

On or about **April 14, 2022**, in the Southern District of Texas and within the jurisdiction of the Court, Defendant,

**RIGOBERTO ESCOBEDO**
**AKA: RIGOBERTO JAVIER ESCOBEDO,**

did knowingly possess with intent to distribute a controlled substance. This violation involved a quantity of less than 100 grams of a mixture or substance containing a detectable amount of heroin, a Schedule I controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C) and Title 18, United States Code, Section 2.

A TRUE BILL:

ORIGINAL SIGNATURE ON FILE

JENNIFER B. LOWERY
UNITED STATES ATTORNEY

Homero Ramirez
Assistant United States Attorney

USA-74-24b
(Rev. 6-1-71)

# CRIMINAL DOCKET     L-22-CR-1121

_____LAREDO_____ DIVISION                          NO._____

FILE: 22-05730              MAG#: 22-01558
INDICTMENT                 Filed: September 7, 2022                    Judge: **MGM**

ATTORNEYS:

UNITED STATES OF AMERICA

                                              JENNIFER B. LOWERY, USA
 VS.                                          JOSE HOMERO RAMIREZ, AUSA

**RIGOBERTO ESCOBEDO**
**AKA: RIGOBERTO JAVIER ESCOBEDO**

**CHARGE:**
   Ct. 1: Trafficking of firearms                    [18 USC § 933(a)]
   Ct. 2: Smuggling Goods from the United States   [18 USC 554 & 2]
   Ct. 3: Possession of a firearm by a person having been convicted of a crime punishable
          by imprisonment for a term exceeding one year
          [18 USC 922(g)(1), 924(a)(2)]
   Ct. 4: Possess with intent to distribute 40 grams and more of mixture and substance
          containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl]
          propanamide (Fentanyl) and 10 grams and more of a mixture and substance
          containing a detectable amount of any analogue of N-phenyl-N-[1-(2-
          phenylethyl)-4-piperidinyl] propanamide (Fentanyl)
          [21 USC 841(a)(1) & 841(b)(1)(B) and 18 USC 2]
   Ct. 5: Possess with intent to distribute less than 100 grams of heroin
          [21 USC 841(a)(1), 841(b)(1)(C) & 18 USC 2]

**TOTAL COUNTS: 5**

**PENALTY:**

   Ct. 1: 0 to 15 years and/or $250,000 Fine, $100 special assessment,
          Not more than a three three-year term of supervised release
   Ct. 2-3: 0 to 10 years and/or $250,000 Fine, $100 special assessment,
          Not more than three-year term of supervised release
   Ct. 4: 5 to 40 years imprisonment, not more than a $5,000,000 fine,

          $100 special assessment, at least 4 years up to a life term of supervised release.
   Ct. 5: 0 to 20 years imprisonment, not more than a $1,000,000 fine, $100
          special assessment, at least 3 years up to a life term of supervised release.